# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00119-CR

**Larry Lee Hodges, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 51,484, HONORABLE JOE CARROLL, JUDGE PRESIDING

**PER CURIAM**

     Appellant's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: April 12, 2001

Do Not Publish